# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAWN A. BLACK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 02-2473 (ESH) |
| KENNETH Y. TOMLINSON, Chairman, Broadcasting Board of Governors, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [# 23] is **GRANTED** and the above-captioned case is **DISMISSED WITH PREJUDICE**.

                                                s/
                                     ELLEN SEGAL HUVELLE
                                     United States District Judge

Date:  March 31, 2006